UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHEN GALEN CONDREAY,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

## COUNT 1
### (Receipt of Child Pornography)

On or about July 19, 2024, in Emmet County, in the Southern Division of the Western District of Michigan, and elsewhere,

STEPHEN GALEN CONDREAY

knowingly received an image of child pornography using any means or facility of interstate or foreign commerce.

Specifically, the defendant received the following photograph containing child pornography, via Snapchat, an internet application:

- -3541738421318177259.jpg

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

## COUNT 2
**(Receipt of Child Pornography)**

On or about July 19, 2024, in Emmet County, in the Southern Division of the Western District of Michigan, and elsewhere,

STEPHEN GALEN CONDREAY

knowingly received an image of child pornography using any means or facility of interstate or foreign commerce.

Specifically, the defendant received the following photograph containing child pornography, via Snapchat, an internet application:

MTAyNDUxOTY4MjTONTY4NA==.2-ccb7-5-w720h1280.f720_1280.

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

## COUNT 3
**(Receipt of Child Pornography)**

On or about July 19, 2024, in Emmet County, in the Southern Division of the Western District of Michigan, and elsewhere,

STEPHEN GALEN CONDREAY

knowingly received an image of child pornography using any means or facility of interstate or foreign commerce.

Specifically, the defendant received the following photograph containing child pornography, via Snapchat, an internet application:

MTIwMDY1MDM10DAyMj12NA==.2-ccb7-5-w720h1280.f720_1280


18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

## COUNT 4
**(Receipt of Child Pornography)**

On or about July 20, 2024, in Emmet County, in the Southern Division of the Western District of Michigan, and elsewhere,

STEPHEN GALEN CONDREAY

knowingly received an image of child pornography using any means or facility of interstate or foreign commerce.

Specifically, the defendant received the following photograph containing child pornography, via Snapchat, an internet application:

2888369596765877241.jpg


18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in this Indictment,

STEPHEN GALEN CONDREAY

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to an Samsung Galaxy S22.

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

__[ /s/ Redacted ]__
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney

5