UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN GALEN CONDREAY,

    Defendant.

_____/

Case No. 1:25-cr-121

Hon. Hala Y. Jarbou

## **ORDER**

The Court held a change of plea hearing, on the record, with all parties present, on April 22, 2026.  For the reasons stated on the record,

**IT IS ORDERED** that Defendant's oral motion for an exception based on 18 USC § 3145(c) to the mandatory remand provisions of 18 USC § 3143(a)(2) is **DENIED**.

**IT IS FURTHER ORDERED** that, pending sentencing in this matter, Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: April 22, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE